NUMBER
13-06-037-CR

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

__________________________________________________________________

 

CHARLES MITCHELL,                                               Appellant,

 

                                           v.

 

THE STATE OF TEXAS,                                              Appellee.

__________________________________________________________________

 

                   On
appeal from the 28th District Court 

                           of
Nueces County, Texas.

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

                 Before
Justices Hinojosa, Yañez, and Garza

                       Memorandum
Opinion Per Curiam

 








Appellant, CHARLES MITCHELL, attempted to perfect an
appeal from a judgment entered by the 28th District Court of Nueces County, Texas. 
Sentence in this cause was imposed on October 31, 2005.  No timely motion for new trial was filed.   The notice of appeal was
due to be filed on November 30, 2005, but was not filed until January 19, 2006.   Said
notice of appeal is untimely filed. 

Tex. R. App. P. 26.3 provides that the court of appeals
may grant an extension of time for filing notice of appeal if such notice is
filed within  fifteen days of the last
day allowed and within the same period a motion is filed in the court of
appeals reasonably explaining the need for such extension.  Appellant failed to file his notice of appeal
and a motion requesting an extension of time within such period. 

The Court, having considered the documents on file and appellant's
failure to timely perfect his appeal, is of the opinion that the appeal should
be dismissed for want of jurisdiction. 
The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.2(b).

 

Memorandum Opinion delivered
and filed 

this the 9th
day of March, 2006.